954

No. 843. BAKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 380. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* RUTLAND RAILWAY CORP. C. A. 2d Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Harold N. McLaughlin, Harold C. Heiss, V. C. Shuttleworth* and *Wayland K. Sullivan* for petitioners. *Donald L. Wallace* and *Thomas Wm. Lynch* for respondent.

No. 707. GEE ET AL. *v.* STRACHAN SHIPPING CO. ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *W. Arthur Combs* for petitioners. *C. A. Brown* for respondents.

No. 713. ALLEGRUCCI *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied for the reason that the petition was not timely filed. *Michael von Moschzisker* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 867, Misc. RICHARDSON *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied. *Michael D. Konomos* for petitioner.